PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES AND GRANTING ANNUITIES, as Executor of J. WALTER ZEBLEY, Deceased, et al., Appellants, *v.* JAMES L. KAUFFMAN, as Executor of WILLIAM R. DAVIS, Deceased, et al., Respondents.

Argued April 29, 1942; decided May 28, 1942.

*Orville C. Sanborn, Richard S. Holmes* and *George E. Reynolds* for appellants.

*C. Horace Tuttle* and *John F. Faulkner* for respondents.

Appeal dismissed, with costs, on the ground that no substantial constitutional question is involved. No opinion. (See 288 N. Y. 734.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.